# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:11 CV 41

| | |
|---|---|
| MAXIM HEALTHCARE SERVICES, INC., ) <br> ) <br> Plaintiff ) <br> ) <br> V ) <br> ) <br> SALIM "SEAN" MADJI, SHAWN ) <br> RUTLEDGE, WALTER LINNEY, AND ) <br> PEDIATRIC SERVICES OF AMERICA, ) <br> INC. D/B/A PSA ASHEVILLE, ) <br> ) <br> Defendants ) | **ORDER** |

**THIS MATTER** is before the court on Matthew J. Gilley's Application for Admission to Practice *Pro Hac Vice* of William E. Grob. It appearing that William E. Grob is a member in good standing with the Florida Bar and will be appearing with Matthew J. Gilley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Matthew J. Gilley's Application for Admission to Practice *Pro Hac Vice* (#5) of William E. Grob is **GRANTED**, and that William E. Grob is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Matthew J. Gilley.

Signed: March 14, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge